## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KRISTINA R. QUARLES                                                            PLAINTIFF

v.                             5:13CV00157-JLH-JTK

CPL. WHITE, et al.                                                  DEFENDANTS

### ORDER

Summons was returned, unexecuted, with respect to Defendant Boston on July 9, 2013, stamped with the notation, "attempted, not known." (Doc. No. 12.)   Therefore, Plaintiff shall provide additional information concerning this Defendant's identity and current address within thirty days of the date of this Order.  Plaintiff is reminded that FED.R.CIV.P. 4(m) provides a 120-day time limitation for obtaining service on a defendant.

IT IS SO ORDERED this 10th day of July, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE