## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KRISTINA R. QUARLES                                                     PLAINTIFF

v.                      5:13CV00157-JLH-JTK

CPL. WHITE, et al.                                                DEFENDANTS

### ORDER

On July 23, 2013, August 1, 2013, and August 2, 2013, copies of Orders mailed to Plaintiff at her last-known address, were returned to Sender (Doc. Nos. 18, 20, 21).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in her address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed her address, this Order will be sent to her last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of her current address and her intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute.

IT IS SO ORDERED this 13th day of August, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE